UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANCES GAYLE WILLIAMS,

    Plaintiff,

v.                                              Case No:   6:14-cv-548-Orl-40GJK

HEMATOLOGY AND ONCOLOGY
CONSULTANTS, P.A.,

    Defendant.

## ORDER

This cause is before the Court on Joint Motion for Settlement Approval (Doc. 16) filed on August 27, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection (Doc. 22) was filed on October 15, 2014, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 14, 2014 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Settlement Approval is hereby **GRANTED** solely to the extent that the Court finds the consideration paid to Plaintiff is fair and reasonable.

3. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on October 16, 2014.

                                    PAUL G. BYRON
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties